NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE PREMA JYOTHI LIGHT

---

2014-1598

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 76/293,327.

---

## ON MOTION

---

## O R D E R

Prema Jyothi Light moves for extensions of time, until December 5, 2014, to file her opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

2                                    IN RE LIGHT

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s27